■ FIELDSTONE, INC., Respondent, v JAMES N. CHAPMAN, Appellant. [726 NYS2d 261] —Order, Supreme Court, New York County (Helen Freedman, J.), entered on or about December 14, 2000, which, in an action by a corporation against a former employee for breach of fiduciary duty, denied defendant's motion to dismiss the complaint for failure to state a cause of action, unanimously affirmed, without costs.

The order should be affirmed even assuming the applicability of the more stringent standard of causation urged by defen-

dant (*see, LNC Invs. v First Fid. Bank,* 173 F3d 454, 465-466). While the decision to terminate plaintiff's participation as an underwriter in the subject public offering could only have been made by the company undergoing a public offering or its agents, the complaint contains allegations concerning that company's relationship with defendant sufficient to permit a finding that it would not have terminated plaintiff's participation but for the alleged conversations it had with defendant. Concur—Williams, J. P., Mazzarelli, Andrias, Lerner and Saxe, JJ.